UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW H. FRANCIS
DBA: FDBA FRANCIS
TRANSPORTATION
DAWN M. FRANCIS

       Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

vs.

ANDREW H. FRANCIS
DBA: FDBA FRANCIS
TRANSPORTATION
DAWN M. FRANCIS

CASE NO: 5-13-05287-RNO

       Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on 10/20/2016 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 21, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW H. FRANCIS
DBA: FDBA FRANCIS
TRANSPORTATION
DAWN M. FRANCIS

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

ANDREW H. FRANCIS
DBA: FDBA FRANCIS
TRANSPORTATION
DAWN M. FRANCIS

    Respondent(s)

CHAPTER 13

CASE NO: 5-13-05287-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on October 21, 2016.

LYNN E. FELDMAN, ESQUIRE
221 N CEDAR CREST BLVD
ALLENTOWN, PA 18104

ANDREW H. FRANCIS
DAWN M. FRANCIS
220 PATTEN CIR.
ALBRIGHTSVILLE, PA 18210

RESPECTFULLY SUBMITTED,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 21, 2016