```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05287-RNO
Andrew H. Francis                                               Chapter 13
Dawn M. Francis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jan 12, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
4872789        +Pretium Mortgage Credit ect.,    120 South 6th St.,    Minneapolis, MN 55402,
                Pretium Mortgage Credit ect.,    120 South 6th St.,    Minneapolis, MN 55402-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   Rushmore Loan Management Services
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn E Feldman    on behalf of Joint Debtor Dawn M. Francis feldmanfiling@rcn.com
              Lynn E Feldman    on behalf of Debtor Andrew H. Francis feldmanfiling@rcn.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-05287-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Andrew H. Francis  
220 Patten Cir  
Albrightsville PA 18210

Dawn M. Francis  
220 Patten Cir  
Albrightsville PA 18210

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: Pretium Mortgage Credit ect., 120 South 6th St., Minneapolis, MN 55402,
Pretium Mortgage Credit ect., 120 South 6th St., Minneapolis, MN 55402

Name and Address of Transferee:

Wilmington Savings Fund, ect.
7515 Irvine Center Drive Suite 100 Irvin
Wilmington Savings Fund, ect.
7515 Irvine Center Drive Suite 100 Irvin

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/14/17

Terrence S. Miller
**CLERK OF THE COURT**