## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew H. Francis fdba Francis Transportation<br>          Dawn M. Francis<br>                              Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust, its successors<br>and/or assigns<br>                              Movant<br>          vs. | NO. 13-05287 RNO |
| Andrew H. Francis fdba Francis Transportation<br>Dawn M. Francis<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>                              Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Notice of Mortgage Payment Change of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **5/2/2019 (doc. 57)**..

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

May 2, 2019