```
In re:                                                           Case No. 13-05287-RNO
Andrew H. Francis                                                Chapter 13
Dawn M. Francis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: CGambini           Page 1 of 2              Date Rcvd: Jul 16, 2019
                             Form ID: fnldecnd        Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db/jdb         +Andrew H. Francis,    Dawn M. Francis,    220 Patten Cir,    Albrightsville, PA 18210-3730
4442803        +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
4390808         BAC Hom Loans Servicing LP,    7105 Corporate Dr,    Plano, TX  75024-4100
4445345         Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
4390807        +Feldman Law Offices PC,    221 N Cedar Crest Blvd,    allentown, PA 18104-4603
4390805         Francis Andrew H,   220 Patten Cir,    Albrightsville, PA 18210-3730
4390806         Francis Dawn M,    220 Patten Cir,    Albrightsville, PA 18210-3730
4390811        +KML Law Group,    Ste 5000, BNY Mellon Independence C,    701 Market St.,
                 Philadelphia, PA 19106-1538
4443783        +PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4872788        +Pretium Mortgage Credit ect.,    120 South 6th St.,    Minneapolis, MN 55402-1803
4872789        +Pretium Mortgage Credit ect.,    120 South 6th St.,    Minneapolis, MN 55402,
                 Pretium Mortgage Credit ect.,    120 South 6th St.,    Minneapolis, MN 55402-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2019 19:51:55      Green Tree Servicing, LLC.,
                 7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
4390809        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 16 2019 19:46:09      Green Tree,   Box 6172,
                 Rapid City, SD 57709-6172
4403214        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2019 19:51:55      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
4390810        +E-mail/Text: cio.bncmail@irs.gov Jul 16 2019 19:46:03      Internal Revenue Service,
                 Compliance Service, Insolvency Sect,    600 Arch St Ste 5200,    Philadelphia, PA 19106-1611
4396722         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2019 19:46:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg, PA 17128-0946
4390812        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2019 19:46:49      Quicken Loans,
                 20555 Victor Parkway,    Livonia, MI 48152-7031
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4872790         Wilmington Savings Fund, ect.,    7515 Irvine Center Drive Suite 100 Irvin
4872791         Wilmington Savings Fund, ect.,    7515 Irvine Center Drive Suite 100 Irvin,
                 Wilmington Savings Fund, ect.,    7515 Irvine Center Drive Suite 100 Irvin
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Rushmore Loan Management Services
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0314-5           User: CGambini            Page 2 of 2                   Date Rcvd: Jul 16, 2019
                               Form ID: fnldecnd         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lynn E Feldman    on behalf of Debtor 2 Dawn M. Francis feldmanfiling@rcn.com
          Lynn E Feldman    on behalf of Debtor 1 Andrew H. Francis feldmanfiling@rcn.com
          Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrew H. Francis,<br>fdba Francis Transportation, | Chapter 13 |
| **Debtor 1** | Case No. 5:13−bk−05287−RNO |
| Dawn M. Francis, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−4529    xxx−xx−2315

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Andrew H. Francis and Dawn M. Francis** in accordance with §1328 of the Bankruptcy Code.

Dated: July 16, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)